ACCEPTED
01-12-00264-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 5:03:24 PM
CHRISTOPHER PRIN
CLERK

**haynes**boone

*direct dial FILED IN547-2017*
*1st COURT OF APPEALS (713) 236-5518*
*e-mail:lynne.liberato HOUSTON, TEXAS.com*
3/16/2015 5:03:24 PM 0.2
CHRISTOPHER A. PRINE
Clerk

March 16, 2015

**VIA E-FILING**

Mr. Christopher Prine, Clerk
FIRST COURT OF APPEALS
301 Fannin
Houston, Texas  77002-2066

Re:     No. 01-12-00264-CV; ***ETC Marketing, Inc. v. Harris County Appraisal District***; In the
         Court of Appeals for the First District of Texas at Houston

Dear Mr. Prine:

On February 12, 2015, appellant, ETC Marketing, Inc. filed a motion for en banc reconsideration. In response to the court's request, appellee Harris County Appraisal District filed their response on March 12, 2015.

Please inform the authoring justice, Justice Michael Massengale, that appellant is preparing a reply to appellee's response and will file the reply by March 18.  Counsel recognizes that there is no due date for a reply but wanted to inform the court that a reply will be filed in case the court believes a reply might be helpful.

As always, thank you for your courtesy and assistance.

Sincerely,

*/s/ Lynne Liberato*

Lynne Liberato
*Counsel for Appellant*
*ETC Marketing, Inc.*

**Haynes and Boone, LLP**
**Attorneys and Counselors**
1221 McKinney, Suite 2100
Houston, Texas 77010
Phone: 713.547.2000
Fax: 713.547.2600

c:      ***Via E-Service***
        Mario L. Dell'Osso
        Eric C. Farrar
        OLSON & OLSON, L.L.P.
        Wortham Tower, Suite 600
        2727 Allen Parkway
        Houston, Texas 77019
        *mdellosso@olsonllp.com*
        *efarrar@olsonllp.com*

15069709.1